# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES INGRAM

NO. 2019 KW 0947

OCT 1 8 2019

---

In Re:   James Ingram, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, Nos. 527887 & 527888.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT